ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for HLS of Nevada d.b.a. Nevada West Financial*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JACOB DORSTEN,<br><br>Debtor.<br><br>―――――――――――――――――<br>HLS of Nevada, LLC d.b.a. Nevada West Financial, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JACOB DORSTEN, an individual,<br><br>Defendant. | Case No. 6:19-bk-19414-SC<br><br>Chapter 7<br><br>Adversary No. _____<br><br>**NOTICE OF COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** |

**TO ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that all parties to this action are required to comply with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1.  Please contact counsel listed above to meet and confer with respect to the foregoing.

DATED: January 23, 2020             Respectfully Submitted,

                                                              Malcolm ♦ Cisneros, A Law Corporation

                                                              By:  */s/ Nathan F. Smith*
                                                                     NATHAN F. SMITH
                                                                     *Attorneys for HLS of Nevada, LLC d.b.a. Nevada West Financial*

Notice of Compliance                                              1