ARTURO M. CISNEROS, # 120494
NATHAN F. SMITH, # 264635
KELLI M. BROWN, # 328176
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Phone: (949) 252-9400
Fax: (949) 252-1032

*Attorneys for HLS of Nevada, LLC
d.b.a. Nevada West Financial*

FILED & ENTERED

JUN 03 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JACOB DORSTEN,<br><br>　　　　　Debtor.<br><br>HLS of Nevada, LLC d.b.a. Nevada West Financial, a Nevada Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jacob Dorsten, an individual,<br><br>　　　　　Defendant. | Bankruptcy Case No. 6:19-bk-19414-SC<br><br>Chapter 7<br><br>Adversary Case No. 6:20-ap-01007-SC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1 AND SETTING ADDITIONAL SCHEDULING AFTER HEARING**<br><br><u>HEARING DATE:</u><br>**DATE:**　　August 5, 2020<br>**TIME:**　　1:30pm<br>**CTRM:**　　126<br>**PLACE:**　　3420 Twelfth Street<br>　　　　　　Riverside, CA 92501 |

　　　On May 27, 2020 at 1:30pm, the Honorable Scott C. Clarkson held a hearing on this matter. Appearances were as noted on the record. The Court having considered the pleadings filed and for the reasons stated on the record,

1     **IT IS HEREBY ORDERED** that the Motion for Default Judgment (Docket No. 21) is
2 denied without prejudice.

3     **IT IS FURTHER ORDERED** that the Plaintiff is to file an amended motion for default
4 judgment under LBR 7055-1 no later than July 3, 2020.

5     **IT IS FURTHER ORDERED** that the motion for default judgment hearing and status
6 conference are both continued to August 5, 2020 at 1:30pm. A status report (either unilateral or
7 joint) shall be filed no later than 14 days before the continued status conference.

8     ///

Date: June 3, 2020

Scott C. Clarkson
United States Bankruptcy Judge